IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

ANGEL LUIS CRUZ GARCIA

XXX-XX-0144

CASE NO. 07-07681GAC
Chapter 13

FILED & ENTERED ON 05/15/2009

Debtor(s)

## ORDER DISMISSING CASE

The motion to dismiss filed by AEELA (docket #37) having been duly notified to all parties in interest, and no replies having been filed,

IT IS ORDERED, ADJUDGED and DECREED that the instant case shall be, and it hereby is, DISMISSED for failure to make payments.

IT IS FURTHER ORDERED that the Clerk shall dismiss and close any contested matter or adversary proceeding pending in the instant case. The Clerk shall notify this order. The ten-day period for filing a motion to alter or amend this order, pursuant to Fed. R. Bankr. P. 9023, or to file a notice of appeal, pursuant to Fed. R. Bankr. P. 8002(a), shall commence to run upon notice of entry of this order.

SO ORDERED.

San Juan, Puerto Rico, this 15 day of May, 2009.

Gerardo A. Carlo Altieri
U.S. Bankruptcy Judge